# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Erasmo Garcia III    PRINCIPAL    United States | Case Number: |
| YOB: 2001 | M-19-2385-M |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 2, 2019** in **Starr** County, in the Southern District of Texas defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Miguel Sauceda-Perez, a citizen and national of Mexico, for a total of one (1), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport, said alien in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas, by means of a motor vehicle,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On October 02, 2019, Border Patrol Agents responded to a call for assistance from Starr County Sheriff's Office at a traffic stop conducted in Roma, Texas.

At the traffic stop, the responding Agent met with a Starr County Deputy that informed the agent he had conducted a traffic stop on a vehicle for driving with no headlights on.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:    [X] Yes   [ ] No

approved by Scott Greenbaum, AUSA
Scott UMM 10/4/19

_____
Signature of Complainant

Cipriano Shears Jr.        Border Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

October 4, 2019    8:43 am         at    McAllen, Texas
Date                                      City and State

Peter E. Ormsby, U. S. Magistrate Judge          _____
Name and Title of Judicial Officer                Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

### M-19-2385-M

**RE:** Erasmo Garcia III

**CONTINUATION:**

The Agent conducted an immigration inspection on the occupants of the vehicle. The driver, identified as Erasmo Garcia III, was determined to be a United States Citizen. The rear passenger, identified as Miguel Sauceda-Perez, was determined to be a citizen of Mexico illegally present in the United States. During questioning, Garcia stated that he went to a laundromat to wash clothes and was approached by Sauceda who asked him for a ride and he agreed. Afterwards, agents observed there was no cloth basket, clothes or detergent in Garcia's vehicle.

Erasmo Garcia and Miguel Sauceda-Perez were placed under arrest and transported to the Rio Grande City Border Patrol Station for processing.

**Principal Statement:**

Erasmo Garcia III, a United States citizen, was read his Miranda Rights. Garcia stated he understood his rights and was willing to provide a sworn statement without the presence of an attorney.

Garcia stated he had picked up the illegal alien at the laundromat because the subject asked him for a ride. Garcia then requested to have an attorney present.

**Material Witness Statement:**

Miguel Sauceda-Perez, a citizen of Mexico, was read his Miranda Rights. Sauceda-Perez stated he understood his rights and was willing to provide a sworn statement without the presence of an attorney.

Sauceda stated that he crossed the Rio Grande River illegally into the United States on October 01, 2019. Sauceda made the arrangements in Miguel Aleman, Mexico. Sauceda was going to pay $1,500 to cross the river and was going to pay a total of $7,000 to be smuggled to Missouri. Sauceda further stated after crossing the river he was led to a spot where a vehicle picked him up and then was transported by multiple vehicles to a house where he remained overnight. The following day, Sauceda was transported to the vehicle he was apprehended in. Sauceda stated he sat in the rear passenger side of the vehicle and described the driver as a young male, with dark skin and medium length hair.

Sauceda identified Garcia, through a photo lineup, as the driver of the vehicle he was arrested in.